**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: I.G.R.-H., A MINOR | : | No. 453 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: K.J.R., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: A.J.R.-H., A MINOR | : | No. 454 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: K.J.R., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.